Jacoby Lee FELIX, Petitioner–
Appellant,

v.

Deneice A. MAYLE, Warden,
Respondent–Appellee.

No. 02–16614.

United States Court of Appeals,
Ninth Circuit.

Aug. 18, 2005.

David M. Porter, Federal Public Defender's Office, Sacramento, CA, for Petitioner–Appellant.

Mathew Chan, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before CANBY, W. FLETCHER, and TALLMAN, Circuit Judges.

#### ORDER

The original decision entered by this court in this matter, reported at 379 F.3d 612, was reversed by the Supreme Court of the United States. *See Mayle v. Felix,* —— U.S. ——, 125 S.Ct. 2562, 162 L.Ed.2d 582 (2005). In accordance with the mandate of the Supreme Court, the judgment of the district court entered on July 1, 2002, is in all respects

**AFFIRMED.**